UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

VICTOR ANTIONIO RIVERA ORTIZ

_____/

CASE NO.: 2:21-mj-1046-NPM

Charging District:
Southern District of Florida
Charging District Case No.:
21-cr-20218

### ORDER ON REMOVAL PROCEEDINGS, DETENTION, AND COMMITMENT TO ANOTHER DISTRICT

The Defendant was arrested and presented for an Initial Appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c). The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20. Defendant retained private counsel who appeared at the Initial Appearance. Defendant waived the right to an identity hearing. Defendant also waived the right to production of the warrant.

The Government seeks detention pending Defendant's removal to the Southern District of Florida on the grounds that Defendant is a serious risk of flight and a danger to the community. Defendant, through Defendant's counsel, voluntarily waived the right to a detention hearing in this District only and agreed to remain in custody pending removal.

Based upon the foregoing and upon consideration of the factors enumerated in 18 U.S.C. § 3142(g), the Court **ORDERS** that:

1. Defendant shall be detained, shall be held to answer, and shall have all remaining hearings in the District Court in which the charge(s) and prosecution are pending i.e., the Southern District of Florida. This Order is without prejudice to Defendant's ability to seek conditions of release after Defendant's removal to the charging District.

2. The Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. And, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

3. The United States Marshal must transport the Defendant, together with a copy of this Order, to the charging District and deliver the Defendant to the United States Marshal for that District, or to another officer authorized to receive the Defendant.

4. The United States Marshal or authorized officer in the charging District should immediately notify the United States Attorney and the Clerk of

      Court for that District of the Defendant's arrival so that further proceedings may be promptly scheduled.

5.     The Clerk of this Court is directed to promptly transmit the papers to the charging District.

**DONE** and **ORDERED** in Fort Myers, Florida on April 14, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Marshals Service

**Query**  **Reports**  **Utilities**  **Help**  **What's New**  **Log Out**

CUSTODY, INTERPRETER

# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CRIMINAL DOCKET FOR CASE #: 2:21-mj-01046-NPM All Defendants

Case title: USA v. Rivera Ortiz
Other court case number: 21-cr-20218 Southern District of Florida

Date Filed: 04/13/2021
Date Terminated: 04/14/2021

Assigned to: Magistrate Judge Nicholas P. Mizell

## Defendant (1)

**Victor Antonio Rivera Ortiz**
*Spanish Interpreter Required*
*TERMINATED: 04/14/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | |

## Plaintiff

USA

| **Date Filed** | **#** | **clear** | **Docket Text** |
|---|---|---|---|

| Date | # | | Description |
|---|---|---|---|
| 04/13/2021 | 1 | | Arrest pursuant to Rule 5(c)(2) of Victor Antionio Rivera Ortiz from the Southern District of Florida. (jmc) (Entered: 04/13/2021) |
| 04/13/2021 | 2 | | NOTICE OF HEARING as to Victor Antionio Rivera Ortiz : In-person Initial Appearance - Rule 40 set for 4/13/2021 at 03:30 PM in Ft. Myers Courtroom 4 E before Magistrate Judge Nicholas P. Mizell. (jmc) (Entered: 04/13/2021) |
| 04/13/2021 | 4 | ☐ | **ORDER as to Victor Antionio Rivera Ortiz : Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (jmc)** (Entered: 04/13/2021) |
| 04/13/2021 | 5 | | ORAL MOTION for Detention by USA as to Victor Antionio Rivera Ortiz. (jmc) (Entered: 04/13/2021) |
| 04/13/2021 | 6 | | Duplicate entry (same as (Doc. 4)) (Entered: 04/13/2021) |
| 04/13/2021 | 7 | | **ORAL ORDER: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instruction, dismissal of charges and contempt proceedings.as to Victor Antionio Rivera Ortiz Signed by Magistrate Judge Nicholas P. Mizell on 4/13/2021. (jmc)** (Entered: 04/13/2021) |
| 04/13/2021 | 8 | ☐ | Minute Entry for In Person proceedings held before Magistrate Judge Nicholas P. Mizell: granting 5 Government's Oral Motion for Detention as to Victor Antionio Rivera Ortiz at the INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/13/2021 as to Victor Antionio Rivera Ortiz from the Southern District of Florida and Detention Hearing as to Victor Antionio Rivera Ortiz held on 4/13/2021. (Digital) (Interpreter/Language: Leon Fontova/Spanish) (jmc) (Entered: 04/13/2021) |
| 04/13/2021 | 9 | | ***CJA 23 Financial Affidavit by Victor Antionio Rivera Ortiz. (jmc) (Entered: 04/13/2021) |
| 04/14/2021 | 10 | ☐ | **ORDER OF REMOVAL PROCEEDINGS, DETENTION, AND COMMITMENT TO ANOTHER DISTRICT pursuant to Rule 5(c)(3) to the Southern District of Florida as to Victor Antionio Rivera Ortiz. Signed by Magistrate Judge Nicholas P. Mizell on 4/14/2021. (jmc)** (Entered: 04/14/2021) |
| 04/14/2021 | | | NOTICE to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Victor Antionio Rivera Ortiz regarding your case number: 21-cr-20218. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (jmc) (Entered: 04/14/2021) |

View Selected

or

Download Selected