UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20218-CR-SINGHAL

UNITED STATES OF AMERICA,

vs.

VICTOR ANTONIO RIVERA-ORTIZ

     **Defendants.**
_____/

NOTICE OF APPEARANCE

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby gives notice that Assistant United States Attorney Maria Guzman has been assigned as counsel in the above captioned case. All correspondence, pleadings and notices should be directed to the undersigned counsel.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

    By: s/ Maria Guzman
        MARIA GUZMAN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 053325
        U.S. Attorney's Office - SDFL
        11200 NW 20th Street, Ste. 101
        Miami, Florida 33172-1826
        Tel: (786) 715-7641
        Email: maria.guzman@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                       By: s/ Maria Guzman
                                               MARIA GUZMAN
                                               Assistant United States Attorney