UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20218-cr-SINGHAL

UNITED STATES OF AMERICA,

v.

VICTOR ANTONIO RIVERA-ORTIZ,

               **Defendant.**
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR
REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

     Defendant Victor Antonio Rivera-Ortiz has filed a second pro se motion for a sentence reduction pursuant to 18 U.S.C.§ 3582(c)(2) (DE 657). The defendant has raised the same argument previously submitted in his Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (DE 580).

     The United States filed its response in that matter indicating that it agreed that defendant was eligible for a sentence reduction under Amendment 821 (Doc 585). The United States has suggested that because defendant previously received "status points" under § 4A1.1(d) and had six or few criminal history points at his original sentencing, he is eligible for a sentence reduction under Amendment 821.

     As suggested in the United States' previous response on this matter, defendant would be eligible for a reduction of two status points, which would now qualify him for a Category

1

II criminal history. Therefore, with his new total offense level of 31, and a Category II criminal history, his amended guideline range is 121-151 months' imprisonment.

The United States agreed in his previous response (DE 585), and agrees once again, that defendant should be resentenced to a term of imprisonment of 121 months since the Court originally sentenced defendant to the low end of the advisory guideline range.

For the reasons stated herein, the Court should grant Defendant's motion and impose a sentence of 121 months' imprisonment.

                Respectfully submitted,

                JASON A. REDING QUIÑONES
                UNITED STATES ATTORNEY

By: *s/Maria Guzman*
    Maria Guzman
    Assistant United States Attorney
    Florida Bar No. 053325
    11200 N.W. 20th Street, Ste. 101
    Miami, Florida 33172
    Tel: (305) 715-7641
    Email: maria.guzman@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and delivered the documents by United States Mail to:

Victor Antonio Rivera-Ortiz
Reg. No. 58866-018
FCI Coleman Medium
P.O. Box 1032
Coleman, Florida  33521

                                                By: *s/Maria Guzman*
                                                    Maria Guzman
                                                    Assistant United States Attorney