AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> VICTOR ANTONIO RIVERA ORTIZ, <br> a/k/a "Choco," <br> Date of Original Judgment: 06/01/2022 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 1:21-CR-20218-SINGHAL(12) <br> USM No: 58866-018 <br> Dennis Urbano, Esq.   AUSA, Sean Thomas McLaughlin <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   **135**   months **is reduced to**   **121 Months**

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   **06/01/2022**   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   02/25/2026

Effective Date: _____
*(if different from order date)*

*Judge's signature*

RAAG SINGHAL UNITED STATES DISTRICT JUDGE
*Printed name and title*