```
  MIMJF              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-02-2026
PAGE 001 OF                                                             12:00:46
      FUNCTION: L-P SCOPE: REG   EQ 58866-018    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____   THRU _____   DT STS: FROM _____   THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ ____ ____ ____ ____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORG QTR.: EQ  _____ _____ _____ _____ _____ _____



  G0002        MORE PAGES TO FOLLOW . . .
```

```
  MIMJF          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-02-2026
PAGE 002 OF      *            FULL SCREEN FORMAT              *      12:00:46


REGNO: 58866-018 NAME: RIVERA ORTIZ, VICTOR
RSP OF...: COM UNT/LOC/DST: 3 GP                QTR.: C08-114U   RCV OFC: SER
REMEDY ID: 900656-R1     SUB1: 10CM SUB2:       DATE RCV:   05-02-2017
UNT  RCV..:F SPAN DAP   QTR RCV.: F02-008L      FACL RCV: MIA
UNT  ORG..:F SPAN DAP   QTR ORG.: F02-008L      FACL ORG: MIA
EVT FACL.: MIA     ACC LEV:                           RESP DUE:
ABSTRACT.: REQ. TRANSFER
STATUS DT: 05-04-2017  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 05-04-2017
REMARKS..:




REGNO: 58866-018 NAME: RIVERA ORTIZ, VICTOR
RSP OF...: COM UNT/LOC/DST: 3 GP                QTR.: C08-114U   RCV OFC: MIA
REMEDY ID: 908814-F1     SUB1: 19EM SUB2:       DATE RCV:   07-12-2017
UNT  RCV..:F SPAN DAP   QTR RCV.: F02-008L      FACL RCV: MIA
UNT  ORG..:F SPAN DAP   QTR ORG.: F02-008L      FACL ORG: MIA
EVT FACL.: MIA     ACC LEV:  MIA  1             RESP DUE:  MON  08-21-2017
ABSTRACT.: I/M WOULD TO APPEAL RELEASE PLAN
STATUS DT: 08-16-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-14-2017
REMARKS..: ******












  G0002     MORE PAGES TO FOLLOW . . .
```

```
 MIMJF           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-02-2026
PAGE 003 OF 003 *              FULL SCREEN FORMAT              *      12:00:46


REGNO: 58866-018 NAME: RIVERA ORTIZ, VICTOR
RSP OF...: COM UNT/LOC/DST: 3 GP              QTR.: C08-114U   RCV OFC: SER
REMEDY ID: 919579-R1      SUB1: 25ZM SUB2:    DATE RCV:   10-17-2017
UNT  RCV..:G          QTR RCV.: Z01-112UAD    FACL RCV: MIA
UNT  ORG..:G          QTR ORG.: Z01-112UAD    FACL ORG: MIA
EVT FACL.: MIA    ACC LEV:                    RESP DUE:
ABSTRACT.: MULTIPLE ISSUES
STATUS DT: 10-26-2017  STATUS CODE: REJ STATUS REASON: ENG INS
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 10-26-2017
REMARKS..:




                 3 REMEDY SUBMISSION(S) SELECTED
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 MIMJF           *           PUBLIC INFORMATION           *      04-02-2026
PAGE 001          *              INMATE DATA               *      12:00:02
                            AS OF 04-02-2026


REGNO..: 58866-018 NAME: RIVERA ORTIZ, VICTOR ANTONIO


                     RESP OF: COM
                     PHONE..: 352-689-5000    FAX: 352-689-5027
                                              RACE/SEX...: BLACK / MALE
                                              AGE:  41
PROJ REL MT: FIRST STEP ACT RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 02-05-2029                        PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIMJF           *          PUBLIC INFORMATION            *       04-02-2026
PAGE 002          *             INMATE DATA                *       12:00:02
                              AS OF 04-02-2026


REGNO..: 58866-018 NAME: RIVERA ORTIZ, VICTOR ANTONIO


                 RESP OF: COM
                 PHONE..: 352-689-5000    FAX: 352-689-5027
FSA ELIGIBILITY STATUS IS: ELIGIBLE


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.


HOME DETENTION ELIGIBILITY DATE....: 08-05-2028


FINAL STATUTORY RELEASE FOR INMATE.: 02-05-2030 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 02-05-2029 VIA FSA REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:21-CR-20218-AHS(12
JUDGE...........................: SINGHAL
DATE SENTENCED/PROBATION IMPOSED: 06-01-2022
DATE COMMITTED..................: 07-12-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE 5KG OR MORE OF COCAINE COUNT 8


 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   135 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 NEW SENTENCE IMPOSED...........:   121 MONTHS
 BASIS FOR CHANGE...............: USSG CRIM HIST DCSN 11-01-2023
 DATE OF OFFENSE................: 04-08-2021




 G0002      MORE PAGES TO FOLLOW . . .
```

```
  MIMJF           *          PUBLIC INFORMATION           *     04-02-2026
PAGE 003           *            INMATE DATA               *      12:00:02
                              AS OF 04-02-2026


REGNO..: 58866-018 NAME: RIVERA ORTIZ, VICTOR ANTONIO


                    RESP OF: COM
                    PHONE..: 352-689-5000    FAX: 352-689-5027


------------------------CURRENT COMPUTATION NO: 020 -------------------------


COMPUTATION 020 WAS LAST UPDATED ON 03-05-2026 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-05-2026 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 06-01-2022
TOTAL TERM IN EFFECT............:   121 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS      1 MONTHS
EARLIEST DATE OF OFFENSE........: 04-08-2021

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    04-13-2021   05-31-2022


TOTAL PRIOR CREDIT TIME.........: 414
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 462
TOTAL GCT EARNED................: 134
STATUTORY RELEASE DATE PROJECTED: 02-05-2030
ELDERLY OFFENDER TWO THIRDS DATE: 01-02-2028
EXPIRATION FULL TERM DATE.......: 05-13-2031
TIME SERVED.....................:     4 YEARS     11 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..:  49.3
PERCENT OF STATUTORY TERM SERVED:  56.3


PROJECTED SATISFACTION DATE.....: 02-05-2029
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365


G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIMJF           *          PUBLIC INFORMATION           *      04-02-2026
PAGE 004          *              INMATE DATA              *      12:00:02
                              AS OF 04-02-2026


REGNO..: 58866-018 NAME: RIVERA ORTIZ, VICTOR ANTONIO


                   RESP OF: COM


HOME DETENTION ELIGIBILITY DATE: 02-09-2018


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-09-2018 VIA GCT REL


-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION...........: PUERTO RICO
DOCKET NUMBER...................: 3:11 CR. 0388-067 (A
JUDGE...........................: DELGADO-COLON
DATE SENTENCED/PROBATION IMPOSED: 02-18-2015
DATE COMMITTED..................: 05-15-2015
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00




-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  409     21:841 & 846 SEC 841-851

OFF/CHG: 21:846, 841(A)(1)(B) AND 860 CONSPIRACY TO POSSESS WITH INTENT
         TO DISTRIBUTE AT LEAST 28 BUT LESS THAN 112 GRAMS OF COCAINE
         BASE WITHIN A PROTECTED LOCATION CT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    70 MONTHS
 TERM OF SUPERVISION............:     8 YEARS
 DATE OF OFFENSE................: 10-06-2011




G0002      MORE PAGES TO FOLLOW . . .
```

```
 MIMJF          *          PUBLIC INFORMATION           *      04-02-2026
PAGE 005 OF 005 *             INMATE DATA               *      12:00:02
                          AS OF 08-09-2018


REGNO..: 58866-018 NAME: RIVERA ORTIZ, VICTOR ANTONIO


                    RESP OF: COM
                    PHONE..: 352-689-5000    FAX: 352-689-5027
-------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 08-09-2017 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-03-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010


DATE COMPUTATION BEGAN..........: 02-18-2015
TOTAL TERM IN EFFECT............:   70 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 10-06-2011

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    06-26-2013   02-17-2015


TOTAL PRIOR CREDIT TIME.........: 602
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 259
TOTAL GCT EARNED................: 259
STATUTORY RELEASE DATE PROJECTED: 08-09-2018
ELDERLY OFFENDER TWO THIRDS DATE: 05-16-2017
EXPIRATION FULL TERM DATE.......: 04-25-2019
TIME SERVED.....................:    5 YEARS     1 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..:  87.8
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 08-09-2018
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CMM
ACTUAL SATISFACTION KEYED BY....: TRB

DAYS REMAINING..................: 259
FINAL PUBLIC LAW DAYS...........: 0










 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
 MIMJF           *         INMATE DISCIPLINE DATA          *      04-02-2026
PAGE 001          *     CHRONOLOGICAL DISCIPLINARY RECORD     *      11:59:25


REGISTER NO: 58866-018 NAME..: RIVERA ORTIZ, VICTOR ANTONIO
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 04-02-2026


--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4016296 - SANCTIONED INCIDENT DATE/TIME: 10-25-2024 1225
UDC HEARING DATE/TIME: 11-01-2024 1500
FACL/UDC/CHAIRPERSON.: COM/3 GP/K. MCCRAY
REPORT REMARKS.......: UDC FINDS INMATE GUILTY.
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP EMAIL   / 30 DAYS / CS
                FROM: 11-01-2024  THRU: 11-30-2024
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3997480 - SANCTIONED INCIDENT DATE/TIME: 09-18-2024 0830
DHO HEARING DATE/TIME: 10-02-2024 1014          DHO REPT DEL: 10-07-2024 1007
FACL/CHAIRPERSON.....: COM/A. RICH
REPORT REMARKS.......: DHO FOUND I/M TO HAVE COMM THE ACT OF POSS OF A PHONE
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP:
        DIS GCT    / 41 DAYS / CS
        COMP:020 LAW:P
        LP COMM    / 180 DAYS / CS
                FROM: 10-02-2024  THRU: 03-30-2025
        COMP:   LAW:
        LP VISIT   / 180 DAYS / CS
                FROM: 10-02-2024  THRU: 03-30-2025
        COMP:   LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3819729 - SANCTIONED INCIDENT DATE/TIME: 08-30-2023 2015
DHO HEARING DATE/TIME: 09-06-2023 0840          DHO REPT DEL: 09-11-2023 1215
FACL/CHAIRPERSON.....: COM/C. CARROLL
REPORT REMARKS.......: I/M ADMITTED TO POSSESSION OF CELL PHONE.
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:020 LAW:P   DISALLOWANCE OF 41 DAYS GOOD CONDUCT TIME.
        DS         / 20 DAYS / CS
                FROM: 09-06-2023  THRU: 09-25-2023
        COMP:   LAW:    PLACEMENT IN DISCIPLINARY SEGREGATION FOR 20 DAYS.
        LP COMM    / 9 MONTHS / CS
                FROM: 09-06-2023  THRU: 06-05-2024
        COMP:   LAW:    LOSS OF COMMISSARY FOR 9 MONTHS.
        LP PHONE   / 9 MONTHS / CS
                FROM: 09-06-2023  THRU: 06-05-2024
        COMP:   LAW:    LOSS OF TELEPHONE FOR 9 MONTHS.




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MIMJF           *        INMATE DISCIPLINE DATA           *      04-02-2026
PAGE 002 OF 002 *    CHRONOLOGICAL DISCIPLINARY RECORD      *      11:59:25


REGISTER NO: 58866-018 NAME..: RIVERA ORTIZ, VICTOR ANTONIO
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 04-02-2026


--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3014709 - SANCTIONED INCIDENT DATE/TIME: 07-26-2017 0830
DHO HEARING DATE/TIME: 08-07-2017 0900
FACL/CHAIRPERSON.....: MIA/DDONOVAN
REPORT REMARKS.......: THREATS TO OTHERS
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
         DIS GCT   / 17 DAYS / CS
         COMP:010 LAW:P
         DS        / 17 DAYS / CS
         COMP:     LAW:
         LP COMM   / 3 MONTHS / CS
         COMP:     LAW:
         LP VISIT  / 3 MONTHS / CS
         COMP:     LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3013448 - SANCTIONED INCIDENT DATE/TIME: 07-24-2017 0745
UDC HEARING DATE/TIME: 07-26-2017 0905
FACL/UDC/CHAIRPERSON.: MIA/F/SOUVENIR
REPORT REMARKS.......: 316/312 LP COMMISSARY 15 DAY/ 15 LP VISIT SUSP 180 DAYS
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP VISIT  / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:    LP VISITATION 15 DAYS SUSPENDED FOR 180 DAYS
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP COMM   / 15 DAYS / CS
         COMP:     LAW:    LP COMMISSARY 15 DAYS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2875204 - SANCTIONED INCIDENT DATE/TIME: 07-21-2016 0935
UDC HEARING DATE/TIME: 07-26-2016 1430
FACL/UDC/CHAIRPERSON.: POM/E UNIT/STEPHENS
REPORT REMARKS.......: I/M FAILED TO REPORT TO HIS ASSIGNED ESL CLASS.
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP COMM   / 30 DAYS / CS / SUSPENDED 90 DAYS
         COMP:     LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2868676 - SANCTIONED INCIDENT DATE/TIME: 07-03-2016 0850
DHO HEARING DATE/TIME: 07-12-2016 1244          DHO REPT DEL: 07-29-2016 1400
FACL/CHAIRPERSON.....: POM/A. THOMAS
REPORT REMARKS.......: INMATE ALLOWED ANOTHER INMATE TO USE HIS PHONE.
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
         LP PHONE  / 30 DAYS / CS
         COMP:     LAW:    7-12-16 THRU 8-10-16




  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```